## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| **WESTERN WORLD INSURANCE CO.** | : | Civil Action No. 14-6617 |
| | : | |
| **v.** | : | |
| | : | |
| **ALARCON AND MARRONE** | : | |
| **DEMOLITION CO., et al.** | : | |
| _____ | : | |

## ORDER

**AND NOW,** this 8th day of June 2015, upon consideration of Moving Defendant's Motion to Dismiss or Stay the Declaratory Judgment Action [Doc. No. 18], which was joined by co-defendant Daily Anderson [Doc. No. 20], and Plaintiff's response thereto [Doc. No. 23], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED**. The alternative Motion to Stay is **DENIED WITHOUT PREJUDICE** to renewal at the close of fact discovery.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.